**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

JEFFERY P. BOTSFORD,

    Petitioner,

-vs-                                                    Case No.  8:11-CV-1025-T-30TGW

SECRETARY, DEPARTMENT
OF CORRECTIONS,

    Respondent.
_____/

**<u>ORDER</u>**

    Before the Court is Petitioner's Motion for Summary Judgment (Dkt. 14) in which he requests that the Court grant him summary judgment for Respondent's failure to file a timely response to his petition for writ of habeas corpus.  A review of the docket reveals that the Court granted Respondent an extension of time until November 8, 2011, to file a response (Dkt. 13).

    Moreover, neither default nor summary judgment is appropriate due to the failure to timely respond to a petition for writ of habeas corpus.  *See, e.g., Aziz v. Leferve*, 830 F.2d 184, 187 (11th Cir. 1987) (finding that a default judgment is not contemplated in habeas corpus cases); *Goodman v. Keohane*, 663 F.2d 1044, 1048 n.4 (11th Cir. 1981) (rejecting petitioner's argument that the government's tardiness in responding to his petition entitled him to habeas relief).

ACCORDINGLY, the Court **ORDERS** that Petitioner's Motion for Summary Judgment (Dkt. 14) is **DENIED**.

**DONE** and **ORDERED** in Tampa, Florida on October 20, 2011.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

SA:sfc
Copy furnished to:
*Pro Se* Petitioner
Counsel of Record