# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

JEFFERY P. BOTSFORD,

    Petitioner,

-vs-                                            Case No. 8:11-CV-1025-T-30TGW

SECRETARY, DEPARTMENT
OF CORRECTIONS,

    Respondent.
_____/

## ORDER

Before the Court is Petitioner's Motion to Strike Respondents [sic] Response to Habeas Corpus ("motion") (Dkt. 19). In the motion, Petitioner moves the Court to strike the response because it does not have page numbers, has an incomplete case number, and has "no docket reference for petitioner to reference to in a meaningful rebuttal. . . ." (Id. at 1). Petitioner argues that the "response leaves the Petitioner at a disadvantage." (Id.).

Other than making a vague and conclusory statement that the response leaves him "at a disadvantage," Petitioner fails to show how the response prejudices him, or is insufficient to allow him to prepare an adequate reply to the response. Respondent was not directed to reference the Court's docket in the response (see Dkt. 10). Nor has Petitioner explained how the incomplete case number or the absence of page numbers prejudices him.

ACCORDINGLY, the Court **ORDERS** that:

1. Petitioner's Motion to Strike Respondents [sic] Response to Habeas Corpus (Dkt. 19) is **DENIED**.

2. Petitioner may file a reply to the response, that does not exceed **twenty (20) pages**, on or before December 22, 2011.

**DONE** and **ORDERED** in Tampa, Florida on December 2, 2011.

	*[signature]*
	JAMES S. MOODY, JR.
	UNITED STATES DISTRICT JUDGE

SA:sfc
Copy to: *Pro se* Petitioner
	Counsel of Record